AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Robert Steve Jolly <br> *Plaintiff* <br> v. <br> Phillip Thompson et al <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:10-cv-1244-TLW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is hereby ORDERED that the Magistrate Judges Report is ACCEPTED, and the Complaint in the above-captioned case is DISMISSED without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge.

Date: July 22, 2010

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*